U. S. 1099.] Motion of petitioners for divided argument and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose.

No. 83–1084. VISTA RESOURCES, INC., ET AL. *v.* SEAGRAVE CORP. C. A. 2d Cir. [Certiorari granted, 466 U. S. 970.] Motions of Advance Ross Corp. and Ivan K. Landreth et al. for leave to file briefs as *amici curiae* granted.

No. 83–1084. VISTA RESOURCES, INC., ET AL. *v.* SEAGRAVE CORP. C. A. 2d Cir. [Certiorari granted, 466 U. S. 970.] Writ of certiorari dismissed under this Court's Rule 53.

AUGUST 16, 1984

No. 94, Orig. SOUTH CAROLINA *v.* REGAN, SECRETARY OF THE TREASURY. Motion of National Governors' Association for leave to intervene as a party petitioner referred to the Special Master. [For earlier order herein, see, *e. g.*, 466 U. S. 948.]

No. A–37 (84–138). SOUTH CAROLINA *v.* UNITED STATES ET AL. D. C. D. C. Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. 82–1350. UNITED STATES *v.* UNITED SCOTTISH INSURANCE CO. ET AL., 467 U. S. 797;
No. 83–490. DAVIS ET AL. *v.* SCHERER, *ante*, p. 183;
No. 83–747. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* JOHNSON ET AL., 467 U. S. 925;
No. 83–916. UNITED STATES *v.* MORTON, 467 U. S. 822;
No. 83–6260. TRAVAGLIA *v.* PENNSYLVANIA, 467 U. S. 1256;
No. 83–6277. HANDY *v.* PECK, 467 U. S. 1253;
No. 83–6410. PATTERSON *v.* HEFFRON ET AL., 467 U. S. 1259;
No. 83–6567. ARNOLD *v.* SOUTH CAROLINA, 467 U. S. 1265;
No. 83–6575. PLATH *v.* SOUTH CAROLINA, 467 U. S. 1265; and
No. 83–6591. PERSHE *v.* IRIZARRY ET AL., 467 U. S. 1237. Petitions for rehearing denied.